GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID  83303
PHONE:  (208) 734-1180
FAX:      (208) 734-2783
trustee@filertel.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Todd L. Wilberger and | ) | CASE NO.: 13-40252-JDP |
| | ) | |
| Tiffany J. Wilberger | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**Notice of Sale by Trustee**

---

Notice of Sale by Trustee
and Opportunity to Object and for a Hearing

<u>No Objection.</u>  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

TO THE DEBTORS, DEBTORS' ATTORNEY, CREDITORS AND OTHER PARTIES IN

INTEREST:

1. PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above entitled estate claims an interest pursuant to 11 USC 363, Bankruptcy Rule 6004 and LBR 2002.1.  <u>This sale will take place unless a written objection and request for hearing is received by the U.S. Bankruptcy Court (801 East Sherman, Pocatello, ID 83201) and the Trustee as required above</u>.

2. DESCRIPTION OF PROPERTY TO BE SOLD:

   1999 Dodge Ram 2500    VIN: 3B7KF2365XG173148

3. TYPE OF SALE:      Public Auction

4. <u>TERMS OF SALE</u>:  The property shall be sold to the highest bidder in cash.  Property offered for sale is subject to change prior to sale.  Property purchased must be removed from the sale location the date of the sale, at the purchaser's expense.  The sale shall be free and clear of all liens and claims with valid liens and claims to attach to the proceeds of sale.

5. <u>TIME AND PLACE OF SALE:</u>  March 11, 2014 at 10:00 a.m. at 480 West 100 South, Paul, Idaho, 83347.  Sale merchandise will be available for inspection from 10:00 a.m. to 5:00 p.m., Monday, March 10, 2014, and from 8:00 a.m. until sale time the day of sale.

6. <u>TREATMENT OF EXISTING LIENS:</u>  Sale free and clear of all liens with all valid liens to attach to the sale proceeds. Trustee knows of no valid liens claimed against the property.

7. <u>VALUE OF PROPERTY TO BE SOLD</u>:  In the opinion of the Trustee, the sale will determine the reasonable liquidation value of the property.

8. <u>AUTHORITY FOR CONDUCTING SALE:</u>  11 USC 363(f)(1)

9. <u>MISCELLANEOUS INFORMATION:</u>
    This sale shall be effective immediately and the ten-day stay imposed by Rule 6004(g) and other rules are hereby waived.

    The sale proceeds will be subject to an auctioneer commission and related costs as approved by the Court.

    Additionally, any purchaser(s) who pass(es) a non-sufficient funds (NSF) check to AUCTIONEER shall be charged a NSF fee of $20.00.

    For further information, please contact U.S. Auction, L.L.C. at (208)434-5555.

10. <u>ADDITIONAL TERMS OF SALE:</u>  The property is sold "AS IS", "WHERE IS", and without warranty of any nature whatsoever, either express or implied.

Any model years and information listed is not a representation by the Trustee, but is provided to assist purchasers and is based upon the Trustee's best information and belief.  Purchasers are deemed to have conducted their own inspection and should not rely on descriptive information provided herein.

Dated this Monday, February 10, 2014.

                                                              /s/Gary L. Rainsdon

                                                        GARY L. RAINSDON, TRUSTEE

cc:    U.S. Trustee: ECF